UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | | Criminal No. 08-142(17) DSD |
| v. | Plaintiff, | |
| Bryson Deshawn Wilson, | | **ORDER FOR APPOINTMENT OF SUBSTITUTE COUNSEL** |
| | Defendant. | |

---

David Steinkamp, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Katherine M. Menendez, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

Upon application of the defendant, the Court finds that it is in the interest of justice that present counsel be relieved of her assignment to represent the defendant in the above entitled case. The Court directs that Jordan Kushner, a member of the CJA Conflicts Panel be appointed as substitute counsel to continue the representation of the defendant before this Court.

Dated: August 2, 2013

s/David S. Doty
David S. Doty, Judge
United States District Court