IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Bryan Deshawn Wilson, Defendant. | **COURT MINUTES - CRIMINAL** BEFORE: David S. Doty U.S. District Judge |

| | |
|---|---|
| Case No: | 08-142(17)(DSD/SRN) |
| Date: | September 4, 2013 |
| Court Reporter: | Staci Heichert |
| Courthouse: | Minneapolis |
| Courtroom: | 14W |
| Time Commenced: | 1:35 p.m. |
| Time Concluded: | 2:00 p.m. |
| Time in Court: | 25 Minutes |

**APPEARANCES:**

Plaintiff: John Kokkinen, Assistant U.S. Attorney
Defendant: Jordan Kushner    ☒ Retained

**PROCEEDINGS:**

☒ **Revocation of Supervised Release - Final Hearing.**

☒ Defendant admits allegations.    ☐ Defendant denies allegations.

**ORDERED:**

☒ The Court orders that defendant's potential third violation of his supervised release occurring on 8/28/2013, is hereby vacated.

☒ Defendant term of supervised release is hereby revoked and defendant is sentenced to: 10 months, with no further supervision to follow. Defendant shall remain in custody. The Court recommends: Minnesota.

☒ Written order to be issued.

s/ C.B.<br>Courtroom Deputy